**Order entered June 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00489-CV

### JOHN O'BRIEN, Appellant

### V.

### CARA BAKER, AS THE EXECUTRIX OF THE ESTATE OF KENNETH BAKER, Appellee

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. PR14-10A**

## ORDER

We **GRANT** appellee's June 22, 2015 unopposed second motion for extension of time to file brief and **ORDER** the brief be filed no later than June 26, 2015.

/s/    CRAIG STODDART
         JUSTICE